**Elbert KIMBERLIN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28137.

Court of Criminal Appeals of Texas.

March 7, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Attorney, Austin, for the State.

v.

**The STATE of Texas, Appellee.**

No. 28138.

Court of Criminal Appeals of Texas.

March 7, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Attorney, Austin, for the State.

670

PER CURIAM.

The unlawful possession of intoxicating liquor for sale in a dry area is the offense; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.